UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEREMY S. DAUBAN,

    *Plaintiff,*

v.   Case No. 2:06-cv-65
    HON. R. ALLAN EDGAR

MARQUETTE COUNTY JAIL

    *Defendant.*
_____/

**MEMORANDUM AND ORDER**

    This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  After initial review and screening of the plaintiff's complaint, Magistrate Judge Timothy P. Greeley has submitted a report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.1. [Doc. No. 8].  The Magistrate Judge recommends that the complaint be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, and 42 U.S.C. § 1997e(c).

    Plaintiff has not timely filed objections.  After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b).  The plaintiff's complaint shall be **DISMISSED WITH PREJUDICE.**  A separate judgment will be entered.

    SO ORDERED.

    Dated: September 18, 2006.        */s/ R. Allan Edgar*
                                        R. ALLAN EDGAR
                                        UNITED STATES DISTRICT JUDGE